# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES E. DAVIS,

    Plaintiff,

    v.                                        C.A. No. 19-151-WES

MAUREEN DROHAN, et al.

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Text Order entered on September 3, 2019, judgment is hereby entered dismissing this action in accordance with Fed. R. Civ. P. 58.

September 3, 2019          By the Court:

                                      /s/Hanorah Tyer-Witek,
                                      Clerk of Court